```
1  McGREGOR W. SCOTT
   United States Attorney
2  MARY L. GRAD
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  916-554-2763
5
6
7
8            IN THE UNITED STATES DISTRICT COURT FOR THE
9                   EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,     )    CR. NO. S-04-0131-FCD
                                 )
12         Plaintiff,            )
                                 )    MOTION TO DISMISS
13    v.                         )    INDICTMENT
                                 )
14 COALINE BROWN,                )
                                 )
15         Defendants.           )
                                 )
16 _____)

17      Pursuant to Federal Rule of Criminal Procedure 48, the United
18 States of America, by and through its undersigned attorney, Mary L.
19 Grad, Assistant United States Attorney, respectfully requests that
20 this Court dismiss without prejudice the Indictment in the captioned
21 matters, against defendant COALINE BROWN.
22 DATED: September 16, 2005        McGREGOR W. SCOTT
                                    United States Attorney
23
24
                                    By  /s/ Mary L. Grad
25                                      MARY L. GRAD
                                    Assistant U.S. Attorney
26
27
28
                                   1
```

1                              O R D E R

2

3       It is ordered that the above-captioned case be and is hereby

4  dismissed without prejudice against COALINE BROWN.

5

6  DATED: September 16, 2005        /s/ Frank C. Damrell Jr.
                                    FRANK C. DAMRELL JR.
7                                   United States District Judge